AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Nicanora Esquivel <br> *Plaintiff* <br> v. <br> Prudential Life Insurance Company <br> *Defendant* | Civil Action No. 2:17-cv-8610-RGK (GJSx) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

✓ The plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* <u>Prudential Life Insurance Company</u> recover costs from the plaintiff *(name)* <u>Nicanora Esquivel</u>.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

✓ decided by Judge <u>R. Gary Klausner</u> _____ on a motion for Summary Judgment on April 30, 2019 [Doc. No. 212] and by stipulation on May 10, 2019 [Doc. No. 230].

.

Date: May 29, 2019

*CLERK OF COURT*

*/s/ Sharon L. Williams*
*Signature of Clerk or Deputy Clerk*